# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIA ANN CALIPO, )<br> )<br>    Plaintiff, )<br> )<br>  v. )<br> )<br> )<br> )<br> )<br>TOM WOLF, et al., )<br>    Defendants. ) | **Case No. 1:18-cv-320**<br>**District Judge Baxter**<br>**Magistrate Judge Lanzillo** |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on October 19, 2018, and was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff filed a Motion for Temporary Restraining Order [ECF No. 8] on November 6, 2018, citing a number of complaints regarding conditions at SCI Cambridge Springs, where she is currently housed. On November 21, 2018, Magistrate Judge Lanzillo issued a Report and Recommendation recommending that the motion be denied. Because it was unclear from the docket whether Plaintiff had ever received the Report and Recommendation, another copy was served on Plaintiff on January 23, 2019. Plaintiff filed Objections to the Report and Recommendation entitled Motion for Reconsideration/Objections [ECF No. 22], wherein she re-asserted her arguments made in her motion and added complaints that occurred after the motion was filed.

1

After *de novo* review of the complaint and the motions in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 22nd day of February, 2019;

IT IS ORDERED that the Motion For Temporary Restraining Order [ECF No. 8] be DENIED; and

IT IS FURTHER ORDERED that Motion for Reconsideration/Objections [ECF No. 22] insofar as it is seeking reconsideration of the report and recommendation and asserting new matter is DENIED;

AND, IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on November 21, 2018, [ECF No. 9] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge